UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS SANCHEZ-MENDOZA, <br><br> Petitioner, <br><br> v. <br><br> BENNER, et al., <br><br> Respondents. | Case No.: 18-cv-2768-GPC-LL <br><br> **ORDER STAYING CASE DURING LAPSE IN DEPARTMENT OF JUSTICE APPROPRIATIONS** |

    Petitioner Carlos Sanchez-Mendoza is a citizen of El Salvador and is currently in the custody of the Department of Homeland Security Bureau of Immigration and Customs. Pet. at 2, ECF No. 1. Petitioner filed a habeas corpus petition pursuant to 28 U.S.C. §§ 2241 challenging his detention by the immigration authorities.

    On April 3, 2014, Petitioner entered the United States seeking asylum. Pet. at 4. Petitioner alleges that he was detained for being charged with a misdemeanor D.U.I. However, Petitioner alleges that he has not been convicted of such charge, rather, that charge is merely pending. *Id.* Petitioner alleges that though the immigration judge stated that Petitioner was eligible for bond, and set a bond of $3,000, ICE is detaining him with no bond. Pet. at 4. Petitioner alleges that he has been detained for four years. Petitioner alleges that he is being held in immigration custody without a bond in violation of 8 U.S.C. § 1226. Petitioner seeks an order: 1) mandating his immediate release or for a

bond hearing "before an impartial adjudicator;" 2) declaring that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1226(c); and 3) enjoining Respondents from detaining Petitioner pursuant to 8 U.S.C. § 1226(c) on the basis of his D.U.I. conviction.

On January 9, 2019, this Court entered a Temporary General Order Staying Civil Matters Involving the United States as a Defendant. 18-mc-01938-BTM, General Order No. 688. This General Order was entered as a result of the lapse in appropriations currently impacting the Department of Justice and the United States Attorney's Office for the Southern District of California. At midnight on December 21, 2018, funding for the Department of Justice expired. Absent funding, Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office who are funded by direct appropriations may not lawfully provide uncompensated services on behalf of the Government. On December 22, 2018, non-supervisory Assistant U.S. Attorneys and support staff assigned to the Civil Division of the U.S. Attorney's Office were placed in a temporary status without duties.

Accordingly, this Court stayed all civil cases within the Southern District of California wherein the United States or an agency, corporation, officer, or employee of the United States is a defendant unless otherwise ordered by the assigned district judge. All deadlines, due dates, or cut-off dates in such cases are extended for a period of time commensurate with the duration of the lapse in appropriations. The United States Attorney's Office shall notify the Court when Congress restores appropriations to the Department of Justice, and the Court will enter additional instructions and guidance at that time.

Petitioner has brought his habeas petition against officers and employees of the United States. In accordance with this Court's Temporary General Order Staying Civil Matters Involving the United States as a Defendant, **IT IS HEREBY ORDERED** that this case is stayed until Congress has restored appropriations. The deadline for Respondents' Return and Petitioner's Traverse will be set at that time.

**IT IS SO ORDERED**.

Dated: January 10, 2019

Hon. Gonzalo P. Curiel
United States District Judge

3

18-cv-2768-GPC-LL